# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | 1:09-cv-01882-LJO-GSA-PC |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION TO AMEND AS MOOT |
| EDWARD S. ALAMEIDA, JR., et al., | (Doc. 15.) |
| Defendants. | |

Lonnie Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on October 27, 2009. (Doc. 1.) On November 16, 2009, Plaintiff filed an amended complaint. (Doc. 5.) On March 1, 2010, Plaintiff filed a motion to file a second amended complaint. (Doc. 10.) On May 3, 2010, the court issued an order granting Plaintiff's motion to amend and granting him thirty days in which to file a second amended complaint. (Doc. 14.)

On May 11, 2010, Plaintiff filed another motion to file a second amended complaint. (Doc. 15.) Because the court's May 3, 2010 order granted Plaintiff leave to amend the complaint within thirty days of May 3, 2010, IT IS HEREBY ORDERED that Plaintiff's motion to amend the complaint, filed May 11, 2010, is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   May 13, 2010          /s/ Gary S. Austin

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28