1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| LONNIE WILLIAMS, | 1:09-cv-01882-LJO-GSA-PC |
|         Plaintiff, | ORDER RESPONDING TO NOTICE TO CORRECT THE RECORD |
|   v. | (Doc. 17.) |
| P. RODRIGUEZ, et al., | ORDER DENYING PLAINTIFF'S REQUEST TO DISREGARD THE FIRST AMENDED |
|         Defendants. | COMPLAINT |
| _____/ | |

12
13
14
15
16
17

        Lonnie Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

18   in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the original complaint

19   on October 27, 2009.  (Doc. 1.)  On November 16, 2009, Plaintiff filed an amended complaint

20   ("First Amended Complaint").  (Doc. 5.)  On May 13, 2010, Plaintiff filed a notice to the court to

21   correct the record.  (Doc. 17.)

22          Plaintiff contends that he has never filed an amended complaint against a defendant

23   named Edward S. Alameida, Jr., and he requests the court to disregard the First Amended

24   Complaint, maintaining that it must have been filed by someone else.  Moreover, Plaintiff

25   maintains that he has never filed any amended complaint in this action.

26          The court has reviewed the record in this action and has discovered the origin of the

27   wrongly-named defendant.  In the court's orders of April 30, 2010, May 3, 2010, and May 13,

28   2010, the court inadvertently named Edward S. Alameida, Jr. as a defendant in the case caption

1   appearing at the beginning of the orders.  (Docs. 13, 14, 16.)  In so doing, the court did not

2   intend to represent that Plaintiff had filed an amended complaint against Edward S. Alameida, Jr.

3   Plaintiff is correct that he has never named Edward S. Alameida, Jr. as a defendant in this action,

4   either in the original complaint or the amended complaint.  The court has corrected the case

5   caption of this action to reflect the correct names of the defendants named by Plaintiff.

6          With regard to Plaintiff's contention that he has never filed any amended complaint in this

7   action, the court has examined the record and finds a ninety-one-page First Amended Complaint

8   filed November 16, 2009, by Plaintiff Lonnie Williams against defendants P. Rodriguez, the

9   California Department of Corrections and Rehabilitation, Darrell Adams, A. Rivas, B. Sanders,

10  D. Hill, M.J. Cisneros, D.L. De'Azevedo, and other named defendants, for failure to protect

11  plaintiff and for subjecting plaintiff to arsenic poisoning.  (Doc. 5.)   The First Amended

12  Complaint appears to be written in the same distinctive handwriting used by Plaintiff in the

13  original complaint and other case documents, and to contain Plaintiff's distinctive signature.

14  With this evidence on the record, Plaintiff's request for the court to disregard the First Amended

15  Complaint shall be denied.  The court shall send Plaintiff a portion of the First Amended

16  Complaint for his review.

17          Accordingly, IT IS HEREBY ORDERED that:

18     1.      Plaintiff's request for the court to disregard the First Amended Complaint is

19             DENIED; and

20     2.      The Clerk is DIRECTED to send to Plaintiff copies of the first five pages of the

21             First Amended Complaint filed on November 16, 2009 (Doc. 5.).

22

23      IT IS SO ORDERED.

24   **Dated:   May 20, 2010**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                         2