UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CLARK WILLIAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> P. RODRIGUEZ, et al., <br><br> Defendants. | 1:09-cv-01882-LJO-GSA-PC <br><br> ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO: <br><br> (1) DEFENDANTS' MOTION TO REVOKE IN FORMA PAUPERIS STATUS (Doc. 75), <u>AND</u> <br><br> (2) DEFENDANTS MOTION TO DISMISS (Doc. 76) <br><br> THIRTY DAY DEADLINE TO FILE OPPOSITIONS OR STATEMENTS OF NON-OPPOSITION |

On May 23, 2013, Defendants filed a motion to revoke plaintiff's in forma pauperis status, and on May 24, 2013, Defendants filed a motion to dismiss this action. (Docs. 75, 76.) Plaintiff was required to file an opposition or a statement of non-opposition to <u>each</u> of the motions within twenty-one days, but has not done so. Local Rule 230(*l*).

Local Rule 230(*l*) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion . . ." The court will deem any failure to oppose either of Defendants' motions as a waiver, and recommend that the motions be granted on that basis.

///

1

Failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v. Warren, 601 F.2d 471, 474 (9th Cir. 1979).  Thus, a court may dismiss an action for plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition. See Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995), cert. denied 516 U.S. 838 (1995) (dismissal upheld even where plaintiff contends he did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to Fed. R. Civ. P. 5(b), and time to file opposition); cf. Marshall v. Gates, 44 F.3d 722, 725 (9th Cir. 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for summary judgment cannot be granted simply as a sanction for a local rules violation, without an appropriate exercise of discretion); accord, Heinemann v. Satterberg ---F.3d----, 2013 WL 5312568 (9th Cir., Sept. 24, 2013).

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order:

1. Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion to revoke in forma pauperis status filed on May 23, 2013;

2. Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion to dismiss filed on May 24, 2013; and

3. If Plaintiff fails to comply with this order, the Court will deem the failure to respond as a waiver, and recommend that Defendants' motions be granted on that basis.

IT IS SO ORDERED.

Dated:   **October 11, 2013**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE